THE HONORABLE JUDGE GARR KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA JOYCE LITTLE, an attorney on leave, (No. 17688)<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF WASHINGTON, and BAR ASSOCIATION, a state agency, SEATTLE SCHOOL DISTRICT NO. 1 AND CLOVER PARK SCHOOL DISTRICT, both municipal corporations,<br><br>Defendants. | NO. 11-CV-1387 JLR<br><br>MOTIONS TO FILE OVER-LENGTH MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date:   AUGUST 26, 2011<br>Time:   10:00 am |

## I.   RELIEF REQUESTED

Plaintiff Brenda J. Little respectfully requests that the Court allow her to file an over-length memorandum of points and authorities.

## II.   STATEMENT OF FACTS

Little has ten drafts of the Memorandum of Points and Authorities for a Declaratory Judgment. At least five of the drafts are the normal

MOTION FOR OVER-LENGTH BRIEF - 1

drafts needed to thoroughly cover the issue. But at least three of drafts were Little's attempt to bring the memorandum within guidelines in the court rules. After seven weeks it became apparent that Little believes that the issues cannot be covered within the specified guidelines. She needs to move on.

### III. Argument and Analysis

Parties may petition the court under LR 7(e) to file an over-length brief. The Court disfavors motions of this type. When the Court reviews the cases cited in the Table Of Authorities, it will notice that cases dealing with Article III tend to be lengthy, more so than cases dealing with other issues. In order to raise the issues that needed to be raised and to give the Court the tools needed to write its decision, Little's Memorandum could not come in under the rules solely based upon the subject matter.

Respectfully submitted on the 19th day of August, 2011.

_____
Brenda J. Little